

# NUMBER 13-09-00115-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**         **Appellant,**

**v.**

**LAWRENCE ESPARZA,**         **Appellee.**

### On appeal from the 275th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

This case is before the Court on a joint motion to reverse and render judgment granting partial relief. According to the motion, the parties have reached an agreement to settle and compromise their differences. They ask this Court to reverse, in part, the Order of Expunction entered by the 275th Judicial District Court of Hidalgo County, Texas on January 29, 2009 in Cause No. C-212-09-E, and to render judgment granting relief in favor

of appellant on the possession of marijuana charge only. *See* TEX. R. APP. P. 42.1(a)(2)(A).

The parties have agreed: that appellee is not entitled to an expunction of records related to his arrest for possession of marijuana because he was assessed and served a six month term of deferred adjudication; that the order of expunction should be reversed as to the possession of marijuana charge and that judgment should be rendered in favor of appellant on the possession of marijuana charge only; and that appellee is entitled to an expunction of records related to his arrest for driving while intoxicated and that judgment should be rendered in favor of appellee on the driving while intoxicated charge only.

We REVERSE, in part, the order of expunction entered on January 29, 2009, and RENDER judgment granting relief in favor of appellant on the possession of marijuana charge only. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(c). Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Memorandum Opinion delivered
and filed this the 23rd day of April, 2009.